## DEAN v. SESSIONS et al.

No. 12798—Opinion Filed Feb. 19, 1924.

(Syllabus.)

**Appeal and Error—Absence of Answer Brief—Reversal.**

Where the plaintiff in error has duly filed and served brief in compliance with the rules of the Supreme Court, and defendant has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but where the brief filed appears reasonable to sustain any assignment of prejudicial error, the judgment will be reversed.

Error from Superior Court, Okmulgee County; H. R. Christopher, Judge.

Action between Goldena Dean, a minor, by Ben H. Nichols, her guardian, and L. L. Sessions and others. From the judgment, the former brings error. Reversed and remanded, with directions.

Lawerence & Lawerence and Gibson & Hull, for plaintiff in error.

Belford & Hiatt, Ramsey, DeMeules, Rosser & Martin, Jas. A. Veasey, C. M. Oakes, and Walter Davison, for defendants in error.

COCHRAN, J. Plaintiff in error filed its brief herein on November 1, 1923. No brief has been filed by defendants in error, and although an extension of time was granted to do so, they have not complied nor assigned any reason for failure to do so. Under the rule of this court, when the brief of plaintiff in error appears reasonably to sustain the assignments of error, this court will not search the record to find some theory upon which the judgment may be sustained. Following this rule, the judgment of the trial court in this cause is reversed,

and the cause remanded, with directions to grant a new trial.

All the Justices concur.